# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CERVANTES ORCHARDS & VINEYARDS, LLC, et al.,

*Plaintiff*

v.

AMERICAN WEST BANK, et al.,

*Defendant*

)
)
)
)
)
)

Civil Action No.  1:14-CV-3125-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   decided by Judge Rosanna Malouf Peterson; granting Defendants American West Bank and SKBHC Holdings LLC's Motion to Dismiss; granting Defendants Robert and Michelle Wyle's Motion to Dismiss; dismissing the Second Amended Complaint with Prejudice; dismissing as moot Defendants T-16 Management Co., Ltd. and Gary and Linda Johnson's Motion for Summary Judgment; and dismissing as moot Defendant SKBHC Holdings LLC's Motion for Summary Judgment.  Judgment is hereby entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 17, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb