# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CERVANTES ORCHARDS & VINEYARDS, LLC, a Washington limited liability corporation, et al().

*Plaintiff*

v.

DEERE & COMPANY, a corporation, et al.

*Defendant*

Civil Action No.  1:14-CV-3125-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is hereby entered in favor of Defendant Deere Credit, Inc. against attorneys Dean Browning Webb and Scott Stafne, jointly and severally, in the amount of $111,771.53.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for Entery of Judgment.

Date:  February 24, 2016.

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb